(87 South. 564)

## ALLEN v. SOUTHERN COAL & COKE CO. (7 Div. 118.)

(Supreme Court of Alabama. Jan. 27, 1921. Rehearing Denied Feb. 19, 1921.)

Appeal from Circuit Court, Shelby County; E. J. Garrison, Judge.

Action in unlawful detainer by the Southern Coal & Coke Company against Ed Allen. Judgment for plaintiff, and defendant appeals. Affirmed.

Frank S. White & Sons, of Birmingham, for appellant.
Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed, on authority of Wiley Allen v. Southern Coal & Coke Co., ante, p. 363, 87 South. 562.

MILLER, J., not sitting.

_____

(87 South. 564)

## BENTON v. SOUTHERN COAL & COKE CO. (7 Div. 116.)

(Supreme Court of Alabama. Jan. 27, 1921. Rehearing Denied Feb. 19, 1921.)

Appeal from Circuit Court, Shelby County; E. J. Garrison, Judge.

Action in unlawful detainer by the Southern Coal & Coke Company against Jesse Benton. Judgment for plaintiff, and defendant appeals. Affirmed.

Frank S. White & Sons, of Birmingham, for appellant.
Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed, on authority of Wiley Allen v. Southern Coal & Coke Co., ante, p. 363, 87 South. 562.

MILLER, J., not sitting.

_____

(87 South. 564)

## McSPADDEN v. SOUTHERN COAL & COKE CO. (7 Div. 114.)

(Supreme Court of Alabama. Jan. 27, 1921. Rehearing Denied Feb. 19, 1921.)

Appeal from Circuit Court, Shelby County; E. J. Garrison, Judge.

Action in unlawful detainer by the Southern Coal & Coke Company against Sam McSpadden. Judgment for plaintiff, and defendant appeals. Affirmed.

Frank S. White & Sons, of Birmingham, for appellant.
Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed, on the authority of Wiley Allen v. Southern Coal & Coke Co., ante, p. 363, 87 South. 562.

MILLER, J., not sitting.

_____

(87 South. 565)

## McCLENDON v. SOUTHERN COAL & COKE CO. (7 Div. 117.)

(Supreme Court of Alabama. Jan. 27, 1921. Rehearing Denied Feb. 19, 1921.)

Appeal from Circuit Court, Shelby County; E. J. Garrison, Judge.

Action in unlawful detainer by the Southern Coal & Coke Company against Charley McClendon. Judgment for plaintiff, and defendant appeals. Affirmed.

Frank S. White & Sons, of Birmingham, for appellant.
Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed, on authority of Wiley Allen v. Southern Coal & Coke Co., ante, p. 363, 87 South. 562.

MILLER, J., not sitting.